IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK THOMAS O'NEALL, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No.  4:17-cv-01297-AGF |
| DEAN MINOR, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the pro se motion of habeas Petitioner Patrick Thomas O'Neall "for leave to file Rule 60(b) demand for law hearing due to inadvert[e]nce, mistake of fact, and fraud involving this Court's Memorandum and Order of Judgment issued on September 14, 2020 denying any and all relief and denying any certificate of appe[a]lability to Petitioner in this case."  ECF No. 39 at 1.  Respondent has not responded to the motion, and the time to do so has passed.

In his motion, Petitioner asserts that legal documents from his state court proceedings have been withheld in bad faith from this Court, and he seeks 90 days within which to produce such documents.  *Id.* at 2.  However, Petitioner does not explain what documents were withheld, why he could not have produced them earlier, or how they would have changed the Court's analysis.

The Court gave careful consideration to the arguments Petitioner presented in his habeas petition, and the Court continues to believe that Petitioner is not entitled to relief for the reasons previously stated.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Patrick Thomas O'Neall's motion for relief under Rule 60(b) is **DENIED**.  ECF No. 39.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2020.